USAO 2020R00439/BL

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. BRIAN R. MARTINOTTI |
| | : | |
| | : | Crim. No. 20-659 (BRM) |
| v. | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | |
| JUAN ABREU | : | |

## I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

## COUNT ONE
(Possession of Ammunition by a Convicted Felon)

On or about April 5, 2020, in Essex County, in the District of New Jersey and elsewhere, the defendant,

## JUAN ABREU,

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce three (3) rounds of 9 millimeter caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

USAO 2020R00439/BL

## FORFEITURE ALLEGATION

1.      As a result of committing the firearms offense alleged in this Indictment, defendant JUAN ABREU shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the commission of such offense, including but not limited to three (3) rounds of 9 millimeter caliber ammunition.

## SUBSTITUTE ASSETS PROVISION

2.      If any of the above described forfeitable property, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above described forfeitable property.

A TRUE BILL

FOREPERSON

CRAIG CARPENITO
United States Attorney

CASE NUMBER: 20-_

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## JUAN ABREU

# INDICTMENT FOR
## 18 U.S.C. § 922(g)(1)

A True Bill.



Foreperson

**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

BENJAMIN LEVIN
*ASSISTANT U.S. ATTORNEY*
*973-645-2762*